IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>HUNTER J. HANSEN<br>    Defendant,<br><br>and<br><br>CAROLINA MEN'S CLINIC, P. A.,<br>    Garnishee. | CASE NO. DNCW2:01MC36<br>(Financial Litigation Unit)<br><br>**ORDER** |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Hunter J. Hansen is DISMISSED.

Signed: September 28, 2018

_____
Dennis L. Howell
United States Magistrate Judge